UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MABEL J. SVRCK, )
)
    Plaintiff, )
) 1:10-cv-1736- SEB-DML
vs. )
)
JANET NAPOLITANO, Secretary U.S. )
Department of Homeland Security, )
Transportation Security Administration, )
)
    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
(Docket No. 10)

Plaintiff, hired by Defendant in 2002 to work as a Security Screener at the Indianapolis Airport, filed this action on December 30, 2010, asserting that Defendant discriminated against her in violation of several federal and state laws. The case is now before the Court on Defendant's Motion to Dismiss to which Plaintiff has never responded.

Defendant argues that this case must be dismissed for the Court's lack of personal jurisdiction because Plaintiff never perfected service upon her. Citing legal authority, Defendant asserts that her knowledge of this lawsuit does not dispense with the necessity that she be properly served and the fact that she learned of this action in some other way does not excuse Plaintiff from perfecting service. Defendant further argues that the case is subject to dismissal under Fed. R. Civ. P. 4(m) because service was not made within the prescribed 120 day time period.

Defendant filed her Motion to Dismiss on May 13, 2011. Under Local Rule 7.1, Plaintiff had through and including May 30, 2011, to respond. However, Plaintiff did not respond by that

deadline and, as of today's date, Defendant's Motion to Dismiss remains unopposed.[1]

The Court, having considered Defendant's (notably, unopposed) Motion to Dismiss and being duly advised in the premises, finds that Defendant's motion is meritorious and that it should be granted without further delay. Accordingly, Defendant's Motion to Dismiss is GRANTED. This case is DISMISSED WITHOUT PREJUDICE. A separate judgment shall issue.

IT IS SO ORDERED.

Date: 08/22/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Diamond Z. Hirschauer
THE LAW OFFICES OF DIAMOND Z. HIRSCHAUER, P.C.
DZHirschauer@dzhlaw.com

Nicholas C. Huang
NICHOLAS C. HUANG PC
nhuang@gmail.com

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

---

[1] In fact, Plaintiff has not filed anything in prosecution of this action since she filed her Complaint on December 30, 2010.